Form Number LR 3015-1 A (12/15)

# CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **Sharon Hollinquest**   SS#: **xxx-xx-3123**   Net Monthly Earnings: **956.76**

_____   SS#: _____   Number of Dependents: **0**

1. Plan Payments:

   ( _____ ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or

   ( **X** ) Payroll deduction Order: To **Nemak USA, Inc., 2100 Old Sylacauga Hwy,Sylacauga, AL 35150** for
   $ **761.76\*** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly.

   Length of plan is **60** months, and the total debt to be paid through the plan is $ **47,581.73**.

   ☑ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **3,000.00** ; **$0.00** paid pre-petition; $ **1300.00** to be paid at confirmation and $ **150.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Citi Financial** | **$147,600.43** | ☐ by Trustee ☑ by Debtor **$750.00** | September 2016 | **$2,200.00** | Several | **NA** | **$39.29** |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| **Capital One Auto Finance** | **$194.00** | **$22,943.00** | **$19,400.00** | **NA** | **2015 Nissan Frontier** | **5.25%** | **$424.87** | **Confirmation** |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions (check all applicable boxes):

   ☑ This is an original plan.

   ☐ This is an amended plan replacing plan dated ____.

   ☑ This plan proposes to pay unsecured creditors **25.65** %.

   ☑ Other Provisions:
   Regional Finance Of Sylacauga: Debtor(s) intend to avoid lien under 522(f)(1) or 522(f)(2). (2) Debtor proposes to pay the entire balance owed to Capital One Auto Finance, as it is a 910 claim and the debtor has not had the subject vehicle the required time.  (3)  Debtor has a 401(k) loan.   The balance remaining is approximately $835.27 and it is scheduled to be paid in full on or about December 2016. Debtor proposes to increase her plan payments $40.15 per month in January 2017 when this loan is paid in full. (4) .Debtor has a 401(k) loan.   The balance remaining is approximately $2,485.04 and it is scheduled to be paid in full on or about February 2019.  Debtor proposes to increase her plan payments $19.88 per month in JMarch 2019 when this loan is paid in full.

Attorney for Debtor Name/Address/Telephone #   Dated: **August 8, 2016**   **/s/ Sharon Hollinquest**

**/s/William Kenneth Rogers, Jr. ASB**
**0868-S57W**   _____

**32941 US Highway 280**   **Sharon Hollinquest**
**Suite 103**   Signature of Debtor
**Childersburg, AL 35044**
Telephone # **2563787666**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy